IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>ST. JUDE MEDICAL, INC.<br>SILZONE HEART VALVE PRODUCTS<br>LIABILITY LITIGATION<br><br>This pleading relates to:<br><br>Phyllis Bagala and Jon Michael Bagala<br>Case No. 0:01-cv-00923-JRT | MDL. No. 1396<br>(Civil No. 0:01-cv-00923-JRT)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs Phyllis Bagala and Jon Michael Bagala ("Plaintiffs"), and Defendant St. Jude Medical, Inc., by and through their respective counsel, hereby agree and stipulate that all of Plaintiffs' claims against Defendant St. Jude Medical, Inc. are dismissed *with prejudice*. The parties' stipulation is made pursuant to Rule 41(a)(1)(A)(ii). Each party bears its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

By: ______________________

Walter Loclon Smith
Smith Law Office
8480 Bluebonnet Blvd Ste F
Baton Rouge, LA 70810
Telephone: 225.763.6900
Facsimile: 225.763.6001
Attorney for Plaintiffs Phyllis Bagala and Jon Michael Bagala

By: ______________________

Steven M. Kohn
Reed Smith LLP
1999 Harrison Street
Oakland, CA 94612
Telephone: 510.466.6727
Facsimile: 510.273.8832
Attorney for Defendant St. Jude Medical, Inc.