IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>ST. JUDE MEDICAL, INC.<br>SILZONE HEART VALVE PRODUCTS<br>LIABILITY LITIGATION<br><br>This pleading relates to:<br><br>Phyllis Bagala and Jon Michael Bagala<br>Case No. 0:01-cv-00923-JRT | MDL. No. 1396<br>(0:01-cv-00923-JRT)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on March 24, 2008, I caused the following documents:

1. Stipulation for Dismissal with Prejudice
2. Proposed Order

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Terry Christovich Gay**
  tcgay@christovich.com

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Walter Loclon Smith
Smith Law Office
8480 Bluebonnet Blvd Ste F
Baton Rouge, LA 70810

Janet L White
Christovich & Kearney
601 Poydras St Ste 2300
New Orleans, LA 70130-6078

DATED: March 24, 2008

HALLELAND LEWIS NILAN &
JOHNSON, PA

s/Tracy J. Van Steenburgh

Tracy J. Van Steenburgh, Reg. No. 141173
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4501
(612) 338-1838

Attorneys for Defendant
St. Jude Medical, Inc.